UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1- 4:08CR710 HEA (DDN) ) |
| MILTON H. OHLSEN, III, | ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through its attorneys Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and states the following to this Honorable Court:

1. The sentencing for defendant Ohlsen is presently before this Honorable Court for Wednesday, September 23, 2009 at 11:15 a.m.

2. The government will not be in town beginning September 23, 2009 through Friday, September 25, 2009.

3. Therefore, the government respectfully requests this sentencing be continued for no more than one week through September 30, 2009.

4. Furthermore, the government has conferred with defense counsel, Paul D'Agrosa and Mr. D'Agrosa has no objections to this request for a continuance of one week.

Respectfully submitted,

*s/ Michael W. Reap*
MICHAEL W. REAP, #9156
Acting United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

      Paul J. D'Agrosa
      8019 Forsyth
      Clayton, MO 63105


      I hereby certify that on September 15, 2009, the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

      U.S. Probation Office
      111 S. 10th Street, 2nd Floor
      St. Louis, MO 63102



                                   *s/ Michael W. Reap*
                                   MICHAEL W. REAP, #9156
                                   Acting United States Attorney